IN THE SUPREME COURT OF TENNESSEE

AT JACKSON

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | **For Publication** |
| | ) | |
| Appellee, | ) | **Filed: _9/9/96_____** |
| | ) | |
| | ) | |
| Vs. | ) | Shelby Criminal |
| | ) | |
| | ) | |
| RICHARD ODOM, a/k/a | ) | No. 02-S-01-9502-CR-00014 |
| OTIS SMITH, | ) | |
| | ) | |
| Appellant. | ) | |

**FILED**

September 9, 1996

Cecil Crowson, Jr.
Appellate Court Clerk

<u>**ORDER ON PETITION TO REHEAR**</u>

The State has requested a rehearing in this case. The Court has considered the petition and finds it to be without merit. The petition to rehear is denied. The Members of the Court adhere to the positions stated in the original Opinions in this cause.

It is so ORDERED.

PER CURIAM